378 P.2d 137

**Gene MALLEY, Petitioner,**

v.

**Harold A. COX, Warden, Penitentiary of New Mexico, Respondent.**

**No. 22 HC.**

Supreme Court of New Mexico.

Feb. 7, 1963.

COMPTON, Chief Justice, and CAR-MODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Order that the request for free process be and the same is hereby granted, and the petition for writ of habeas corpus be and the same is hereby denied for failure of petitioner to exhaust District Court remedy.

378 P.2d 137

**Walter R. LOTT, Petitioner,**

v.

**The FIRST JUDICIAL DISTRICT COURT, Santa Fe, New Mexico, et al., Respondent.**

**No. 20 HC.**

Supreme Court of New Mexico.

Feb. 4, 1963.

COMPTON, Chief Justice, and CAR-MODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of mandamus be and the same is hereby denied for the reason that there is a matter pending in this court on appeal.

378 P.2d 137

**Bruce H. MILLER, Petitioner,**

v.

**The FIRST JUDICIAL DISTRICT COURT of New Mexico and Albert Gonzales, Attorney, et al., Respondents.**

**No. 21 HC.**

Supreme Court of New Mexico.

Feb. 4, 1963.

COMPTON, Chief Justice, and CAR-MODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of mandamus be and the same is hereby denied as petition is premature as counsel for petitioner has been preparing case for trial.